| PROB 22 (Rev. 01.24) | | DOCKET NUMBER *(Tran. Court)* 0860 4:09CR00305 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 25cr10186 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Eastern District of Arkansas | DIVISION |
|---|---|---|
| Ralph Francis Deleo Watertown, MA Middlesex County | NAME OF SENTENCING JUDGE Honorable James M. Moody Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM May 28, 2024 — TO May 27, 2028 |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute More Than 500 Grams of Cocaine Hydrochloride
Using a Communication Device to Facilitate a Felony Drug Transaction
Aiding and Abetting the Possession With Intent to Distribute More Than 500 Grams of Cocaine Hydrochloride

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN DISTRICT OF ARKANSAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Massachusetts   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/19/25
*Date*

*(signature)*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-15-25
*Effective Date*

*(signature)*
*United States District Judge*



# Memorandum

To: Honorable F. Dennis Saylor, IV
Chief U.S. District Judge

From: /s/ Camila Cordoba
U.S. Probation Officer

Date: May 15, 2025

Re: Deleo, Ralph Francis
**Request of Jurisdiction to D/MA**

---

On March 31, 2011, the above-named individual appeared before The Honorable United States District Judge J. Leon Holmes and was found guilty of Conspiracy to Possess with Intent to Distribute More Than 500 Grams of Cocaine Hydrochloride, using a Communication Device to Facilitate a Felony Drug Transaction, and Aiding and Abetting the Possession with Intent to Distribute More Than 500 Grams of Cocaine Hydrochloride. Mr. Deleo was sentenced to 144 months of imprisonment, followed by 4 years of supervised release. Mr. Deleo commenced his term of supervised release in the District of Massachusetts on May 28, 2024.

As Mr. Deleo is being supervised in the District of Massachusetts, we are recommending that jurisdiction of this case be transferred from the Eastern District of Arkansas.

If your Honor Concurs with above, please execute the attached Probation Form 22, and return two of the executed originals to this office with a newly assigned Docket number.

Thank you for your attention in this matter.

1