Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** Ralph Francis Deleo | **Original Case Number ED/AR**: 4:09CR00305-02 |
| | **D/MA Case Number:** 1:25CR10186-1 |
| **Name of Sentencing Judicial Officer ED/AR:** | Honorable J. Leon Homes, U.S. District Judge |
| **Name of Assigned Judicial Officer D/MA:** | To Be Assigned |
| **Date of Original Sentence:** | 3/31/2011 |
| **Original Offense:** | Conspiracy to Possess With Intent to Distribute More Than 500 Grams of Cocaine Hydrochloride, a Class B Felony in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846; Using a Communication Device to Facilitate a Felony Drug Transaction, a Class E Felony in violation of 21 U.S.C. § 843(b); and Aiding and Abetting the Possession with Intent to Distribute More Than 500 Grams of Cocaine Hydrochloride, a Class B Felony, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(B); 18 U.S.C. §2 |
| **Original Sentence:** | 144 months of custody on Counts One and Four and 48 months on Count Three, all to run concurrently for total sentence of 144 months followed by 36 months of supervised release |
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** 5/28/2024 |
| **Asst. U.S. Attorney:** Andrew Deitch  Lauren Maynard | **Defense Attorney:** Kevin Barron, Esq. |

## PETITIONING THE COURT

U.S. Probation recently received jurisdiction of the above referenced case from the Eastern District of Arkansas. The probation officer has previously filed an identical petition on 5/14/2025 on case number: 0101 1:09CR10391 DPW-1. Mr. Deleo is scheduled for a detention hearing on 6/13/2025 before District Judge Stacey D Neumann, D/ME.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| I | **Violation of Mandatory Condition:** The defendant shall not commit another federal, state or local crime. |

1

On 5/9/2025, Ralph Deleo allegedly made several false statements during an interview with federal law enforcement, in violation of 18 U.S.C. § 1001(a)(2).

Evidence in support of this would include agent testimony, recording of the interview with Deleo, testimony from the Confidential Source and third party.

**II**      **Violation of Standard Condition #9: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do by the probation officer.**

Ralph Deleo has had regular contact with known felons to include Thomas Rossi, John Willis, and Frank Goldman. Frank Goldman was previously convicted of Racketeering, in the District of Massachusetts and completed his term of supervised release on April 29, 2022, and he was Mr. Deleo codefendant. John Willis is currently in federal custody and residing at the Residential Reentry Center in Boston, MA. This contact occurred via in-person meetings, by phone, and via text message. Furthermore, on 5/9/2025, in his interview with members of federal law enforcement, Deleo admitted to his interactions with several known felons.

Evidence in support of this violation would include agent testimony, recording of the interview with Deleo, screenshots of text messages from the third party's phone, testimony from the Confidential Source and the third party, tolling and other phone records, statements by known felons confirming their communications with Deleo and evidence from Deleo's own cellphone (now in FBI custody) demonstrating the same.

**III**      **Violation of Mandatory Condition: The defendant must not unlawfully possess a controlled substance.**

On 5/9/2025, during the search of Deleo's residence, members of law enforcement located several vials of steroids, as well as a small amount of marijuana.

Evidence in support of this would include agent testimony, photos/evidence obtained during search warrant, and recording of the interview with Deleo.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

- ☒ Revoked
- ☐ Extended for   year(s), for a total term of years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

| Reviewed and Approved by: | Respectfully submitted, |
|---|---|
| */s/Christopher P. Moriarty* <br> Christopher P. Moriarty <br> Supervisory U.S. Probation Officer | */s/ Camila Cordoba* <br> Camila Cordoba <br> U.S. Probation Officer <br> Date: 06/10/2025 |

**THE COURT ORDERS**

☐     Initiation of Revocation Proceedings

☐     Other

 

_____
Signature of Judicial Officer

Date: